UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| RONALD H. BUTLER | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | Case No. 2:14-CV-237 JD |
| SAMUEL A. KIDSTON, *et al.*, | ) | |
| Defendants. | ) | |

## OPINION AND ORDER

Now before the Court is Plaintiff Ronald H. Butler's second amended motion for entry of default against the Defendants. [DE 18]. The motion and attachments show that the Plaintiff properly served the amended complaint on both Defendants by certified mail sent on November 6, 2014 and received on November 10, 2014. The Defendants' time to answer or respond to the amended complaint has now passed, but neither Defendant has appeared in this action. Under Rule 55(a) of the Federal Rules of Civil Procedure, "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Therefore, Plaintiff's motion [DE 18] is GRANTED, and the Clerk is DIRECTED to enter default as to both Defendants.

SO ORDERED.

ENTERED: December 11, 2014

/s/ JON E. DEGUILIO
Judge
United States District Court